PER CURIAM.
Affirmed. See Hawk v. Seaboard Sys. R.R., 547 So.2d 669 (Fla. 2d DCA), rev. dismissed, 549 So.2d 1014 (Fla.1989); O’Brien v. Ortiz, 467 So.2d 1056 (Fla. 3d DCA 1985); Trees v. K-Mart Corp., 467 So.2d 401 (Fla. 4th DCA), rev. denied, 479 So.2d 119 (Fla.1985); Carvajal v. Adams, 405 So.2d 763 (Fla. 3d DCA 1981), rev. denied, 412 So.2d 464 (Fla.1982); Bishop v. Watson, 367 So.2d 1073 (Fla. 3d DCA 1979); Regan Ins. Agency v. Krause & Sons, Inc., 325 So.2d 35 (Fla. 3d DCA 1976); §§ 90.401, 90.402, Fla.Stat. (1989).